371 A.2d 849
Carpenter v. Gelso et al., Appellants.

Argued September 22, 1976. Joseph A. Quinn, Jr., with him Allan P. Ramsay, Jr., for appellants; Paul E. Kanjorski, with him A. Peter Kanjorski, Jr., for appellee.

Order affirmed.

371 A.2d 850
Commonwealth v. Acenedo, Appellant.

Submitted April 2, 1976. Albert John Snite, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Stuart M. Niemtzow, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., dissents.